# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Randolph M Hosear**  
Debtor(s)

Case No. **18-15731/jkf**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018 a copy of the Certification About Financial Management Course and Certificate of Debtor Education was served electronically or by regular United States mail to the Trustee and all parties listed below.

Randolph Hosear  
507 Burgess St.  
Philadelphia, PA 19116

Electronic mail to

Gary F. Seitz, Chapter 7 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242 Fax:215-725-8288**  
**bealaw@verizon.net**