**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  Randolph M. Hosear     : Chapter 7

             : No. 18-15731/jkf

**CERTIFICATION OF SERVICE**

  I, BRADLY E. ALLEN, attorney for Debtor, Randolph Hosear do hereby verify that on November 1, 2018 I electronically served to the following a copy of Debtor's Response to Motion for Relief of U.S. Bank National Association:

Gary F. Seitz, Chapter 7 Trustee

U.S. Trustee's Office

Kevin G. McDonald
on behalf of US Bank National Association

A copy was served by regular first class mail to:

Randolph Hosear
507 Burgess Street
Philadelphia, PA  19116

            s/*Bradly E. Allen*
            BRADLY E. ALLEN, ESQUIRE
            Attorney for Debtor